IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| STANLEY TERREAL WATSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-18-529-M |
| | ) | |
| TRACY McCOLLUM, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

On July 2, 2018, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended: (1) petitioner's Petition for Writ of Habeas Corpus be dismissed as untimely, and (2) petitioner's Motion for Appointment of Counsel be denied as moot. Petitioner was advised of his right to object to the Report and Recommendation by July 23, 2018. Petitioner filed his objection on July 20, 2018.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 7] issued by the Magistrate Judge on July 2, 2018;
(2) DISMISSES petitioner's Petition for Writ of Habeas Corpus [docket no. 1] as untimely; and
(3) DENIES petitioner's Motion for Appointment of Counsel [docket no. 4] as moot.

**IT IS SO ORDERED this 13th day of September, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE